UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:04-cr-154-T-26MAP

ROME LEE HARMON
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' submissions, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Reduce Sentence Pursuant to the First Step Act of 2018 (Dkt. 221) is granted without the necessity of a hearing as requested by Defendant. See United States v. McKinney, 2019 WL 2053998 (D. Kan. May 9, 2019) (and cases cited and discussed). The Court reduces Defendant's sentences as to counts one, eight, and nine to concurrent terms of 360 months of imprisonment to be followed by concurrent terms of eight years of supervised release subject to the same terms and conditions of supervised release as previously imposed. Defendant's sentences as to counts two, three, seven, and ten shall remain the same. The Court requests the Clerk to submit an amended judgment reflecting these sentencing reductions.

**DONE AND ORDERED** at Tampa, Florida, on May 28, 2019.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record